IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HARDEN MILLARD WALKER, | : | PRISONER CIVIL RIGHTS |
|     Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | CIVIL ACTION NO. |
| DR. GEORGE HERRON, Medical | : | 1:12-CV-4107-WSD-GGB |
| Director, Corizon Health, | : | |
|     Defendant. | : | |

**FINAL REPORT AND RECOMMENDATION**

On March 4, 2013, I entered an order granting Plaintiff's request to proceed *in forma pauperis* in this case. [Doc. 3]. The Clerk mailed a copy of the order to Plaintiff at the Fulton County Jail, and the order was returned to the Court as undeliverable. [Doc. 4]. Plaintiff has not notified the Court of any change in his address, and I have reviewed Plaintiff's filings in this case and have been unable to locate an alternate address for him.

Local Rule 41.2C. provides that "[t]he failure . . . of a party appearing *pro se* to keep the clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds . . . for dismissal . . . ." Because Plaintiff has not notified the

Court of a change in his address, **I RECOMMEND** that Plaintiff's case be **DISMISSED WITHOUT PREJUDICE** under Local Rule 41.2C.

The Clerk is DIRECTED to terminate the referral to me.

**IT IS SO RECOMMENDED**, this 1st day of April, 2013.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)